# Exhibit 9

EXHIBIT \_\_\_9\_\_\_ TO PLAINTIFF SAUNDERS' MOTION FOR SUMMARY JUDGMENT AS TO DEFENDANT UNISYS' LIABILITY FOR PENALTIES, WHICH CONSISTS OF UNISYS' INVOICES FOR TASK ORDER 122, HAS BEEN DESIGNATED AS "CONFIDENTIAL" BY DEFENDANT UNISYS.

CONSEQUENTLY, PLAINTIFF SAUNDERS HAS MOVED TO FILE THIS DOCUMENT UNDER SEAL PURSUANT TO LOCAL RULE 5. A COURTESY COPY OF THIS ATTACHMENT HAS BEEN PROVIDED DIRECTLY TO JUDGE LEE.